**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| IN RE: | Case No.: 22-40376-KKS |
| ANITA JEAN KING | Chapter 7 |
| | Judge: Karen K. Specie |
| _____Debtor(s)._____ / | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Seth Greenhill, Esq. of the law firm of Padgett Law Group, and gives this Notice of Appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this the 27th day of December 2022

Respectfully submitted,

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 27th day of December 2022:

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 22-40376-KKS)**

*Debtor*
Anita Jean King
PRO SE
137 Monroe Creek Drive
Midway, FL 32343

*Trustee*
Theresa M. Bender
P.O. Box 14557
Tallahassee, FL 32317

*U.S. Trustee*
United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301